IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Linrod Nathaniel Riley,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> Michael Pope,  ) <br> ) <br> Defendant.  ) <br> ) | 2011 MAY 27 A 11: 23 <br><br> C/A No.: 3:10-cv-2826-RMG-JRM <br><br> **ORDER** |

Plaintiff brought this *pro se* action pursuant to 42 U.S.C. § 1983. This case was automatically referred to the United States Magistrate Judge for all pretrial proceedings pursuant to the provisions of 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) D.S.C. The Magistrate Judge recommended dismissing this action due to Plaintiff's failure to provide the Court with a current address. The Court sent Plaintiff notice of the cases reassignment on January 31, 2011 and the mail was returned as undeliverable. Thus, Plaintiff has failed to comply with this Court's order to provide the Court with a current address and/or of any address change. Accordingly, the Complaint is **DISMISSED** *with prejudice* for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

May 27, 2011
Charleston, South Carolina